**Peter S. Hicks**, OSB #933057
peter.hicks@jordanramis.com
**Darren B. Carpenter**, OSB #095600
brent.carpenter@jordanramis.com
JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
Telephone: (541) 550-7900
Facsimile: (503) 598-7373

Attorneys for Tomco Electric, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| TOMCO ELECTRIC, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAGENT WORLD, INC., a Delaware corporation; and BRANDON RELKOFF aka MIKE MEYERSON dba Premier Communications Consultant, a Washington resident,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00680-SU<br><br>JOINT STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT REAGENT WORLD, INC. WITH PREJUDICE |

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 –   JOINT STIPULATED MOTION AND ORDER
　　　　　　OF DISMISSAL OF DEFENDANT REAGENT
　　　　　　WORLD, INC. WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), please take notice that plaintiff and defendant Reagent World, Inc. ("Reagent") respectfully move the Court for an order of dismissal of this case with prejudice and without fees or costs. Defendant Brandon Relkoff aka Mike Meyerson dba Premier Communications Consultant failed to appear in this case and is in default.

Based upon the stipulation of plaintiff and Reagent, it is hereby:

ORDERED that this action is dismissed with prejudice and without fees or costs to any party to this case.

Dated this 25th day of March 2021.

/s/ Patricia Sullivan
THE HONORABLE PATRICIA SULLIVAN
U.S. Magistrate Judge

Dated this 24th day of February 2021.

JORDAN RAMIS PC

By: */s/ Darren B. Carpenter*
Peter S. Hicks, OSB #933057
peter.hicks@jordanramis.com
Darren B. Carpenter, OSB #095600
brent.carpenter@jordanramis.com
*Attorneys for Tomco Electric, Inc.*

By: */s/ Elizabeth Schwartz*
Elizabeth Schwartz, OSB #961121
6312 SW Capitol Hwy Ste 175
Portland OR 97239
schwartz.libby@gmail.com
*Attorney for Reagent World, Inc.*

GORDEE NOWICKI & BLAKENEY, LLP

By: */s/ Bryan B. Arnold*
Bryan B. Arnold
100 Spectrum Center Dr Ste 870
Irvine CA 92618
barnold@gna-law.com
*Pro Hac Vice Attorney for Reagent World, Inc.*

Page 2 –   JOINT STIPULATED MOTION AND ORDER
OF DISMISSAL OF DEFENDANT REAGENT
WORLD, INC. WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing JOINT STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT REAGENT WORLD, INC. WITH PREJUDICE on:

| | |
|---|---|
| Elizabeth Schwartz<br>6312 SW Capitol Hwy Ste 175<br>Portland OR  97239<br>Email: schwartz.libby@gmail.com<br>*Attorney for Reagent World, Inc.* | Bryan B. Arnold<br>Gordee Nowicki & Blakeney, LLP<br>100 Spectrum Center Dr Ste 870<br>Irvine CA 92618<br>Email: barnold@gna-law.com<br>*Pro Hac Vice Attorney for Reagent World, Inc.* |

☒   by ECF and electronic mail.

DATED:  February 24, 2021

　　　　　　　　　　　　　　　　　　　　　*/s/ Darren B. Carpenter*
　　　　　　　　　　　　　　　　　　　　　Peter S. Hicks, OSB #933057
　　　　　　　　　　　　　　　　　　　　　peter.hicks@jordanramis.com
　　　　　　　　　　　　　　　　　　　　　Darren B. Carpenter, OSB #095600
　　　　　　　　　　　　　　　　　　　　　brent.carpenter@jordanramis.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Tomco Electric, Inc.